UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   8:25-01527 ADS                     Date:      January 22, 2026

Title:  *Marva Lewis Brown v. Experian Information Solutions, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |                None Reported                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On October 14, 2025, the Court granted parties' Joint Stipulation to Stay Case Pending Arbitration.  (Dkt. No. 27.)  The parties were ordered to file a status update on arbitration by no later than November 28, 2025.  To date, the Court has not received a status update and the stay has ended.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than **January 29, 2026.**

Among other appropriate responses, Plaintiff may file a status update in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh

---

CV-90 (03/15)—JC                     Civil Minutes – General                     Page **1** of **1**